IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MARK A. CARTER,**

    Plaintiff,

v.                                                Civil Action No. 3:15CV141

**HAROLD W. CLARKE,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

Plaintiff, a former Virginia inmate proceeding *pro se* and *in forma pauperis*, filed this 42 U.S.C. § 1983 action. In order to state a viable claim under 42 U.S.C. § 1983, a plaintiff must allege that a person acting under color of state law deprived him or her of a constitutional right or of a right conferred by a law of the United States. *See Dowe v. Total Action Against Poverty in Roanoke Valley*, 145 F.3d 653, 658 (4th Cir. 1998) (citing 42 U.S.C. § 1983). Plaintiff's current complaint failed to provide each defendant with fair notice of facts and legal basis upon which his or her liability rests. Accordingly, by Memorandum Order entered on October 29, 2015, the Court directed Plaintiff to submit a particularized complaint within fourteen (14) days of the date of entry thereof. The Court warned Plaintiff that the failure to submit the particularized complaint would result in the dismissal of the action.

More than fourteen (14) days have elapsed since the entry of the October 29, 2015 Memorandum Order. Plaintiff failed to submit a particularized complaint or otherwise respond to the October 29, 2015 Memorandum Order. Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

Date: 11/30/15
Richmond, Virginia

/s/ _____
John A. Gibney, Jr.
United States District Judge